

RECEIVED
IN MONROE, LA

MAY 0 5 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| CLYDE CANNON, SR. | * | CIVIL ACTION NO. 04-1908 |
| VERSUS | * | JUDGE JAMES |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the plaintiff's Motion for Attorney's Fees (Document No. 17) is hereby **GRANTED, and that the Commissioner be ordered to pay plaintiff out-of-pocket costs in the amount of $433.87, plus attorney's fees in the amount of $4,550.00 (36.4 hours at $125.00 per hour), for a total fee and cost award of $4,983.87.**

THUS DONE AND SIGNED this 5 day of May, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION